1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR<br><br>    Plaintiff,<br><br>    v.<br><br>STAPLES, INC. dba STAPLES #0442;<br>KMV PROPERTIES, LLC,<br><br>    Defendants. | Case No. 2:11-cv-01930-MCE-KJN<br><br>Assigned to the Hon. Morrison C. England, Jr.;<br>Courtroom 7<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN TWENTY-EIGHT (28) DAYS**<br><br>Complaint Filed:   July 22, 2011 |

Having considered the Parties' Stipulation to Extend Time to Respond to Initial Complaint by an Additional Twenty-Eight (28) Days, and having found it to be supported by good cause, it is hereby ORDERED that STAPLES, INC. dba STAPLES # 0442, shall have an additional extension of twenty-eight (28) days to respond to Plaintiff's Complaint.

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 2:11-cv-01930-MCE-KJN

13776322v.1