LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

MARTIN H. ORLICK, SBN 083908
MATTHEW S. KENEFICK, SBN 227298
JEFFER, MANGELS, BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant
KMV Properties, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:11-cv-01930-MCE-KJN |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT KMV PROPERTIES, LLC and ORDER THEREON |
| STAPLES, INC. dba STAPLES #0442; KMV PROPERTIES, LLC, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Lary Feezor and defendant KMV Properties, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to KMV Properties, LLC only**.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **KMV Properties, LLC**.

Dated: September 20, 2012                DISABLED ADVOCACY GROUP, APLC

_/s/ Lynn Hubbard_
LYNN HUBBARD III
Attorney for Plaintiff

Dated: September 20, 2012                JEFFER, MANGELS, BUTLER & MITCHELL LLP

_/s/ Martin Orlick_
MARTIN H. ORLICK
Attorney for Defendant KMV Properties, LLC

## ORDER

IT IS HEREBY ORDERED that the complaint of Plaintiff, Case No. 2:11-cv-01930-MCE-KJN, is hereby dismissed with prejudice as to defendant KMV Properties, LLC.

Dated: September 28, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE