1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J HUBBARD, IV, SBN 212970
    DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
    Chico, CA 95926
    Telephone: (530) 895-3252
4 | Fax: (530) 894-8244

5 | Attorneys for Plaintiff

6 | MARTIN H. ORLICK, SBN 083908
    MATTHEW S. KENEFICK, SBN 227298
7 | JEFFER, MANGELS, BUTLER & MITCHELL LLP
    Two Embarcadero Center, Fifth Floor
8 | San Francisco, CA 94111-3824
    Telephone: (415) 398-8080
9 | Facsimile: (415) 398-5584

10 | Attorneys for Defendant
     KMV Properties, LLC
11 |

12 |                  UNITED STATES DISTRICT COURT

13 |                  EASTERN DISTRICT OF CALIFORNIA

14 | LARY FEEZOR,                      Case No. 2:11-cv-01930-MCE-KJN

15 |      Plaintiff,
                                       JOINT STIPULATION FOR
16 | v.                                DISMISSAL OF DEFENDANT
                                       KMV PROPERTIES, LLC and
17 | STAPLES, INC. dba STAPLES #0442;  ORDER THEREON
     KMV PROPERTIES, LLC, et al.,
18 |
         Defendants.
19 |                                  /

20

Stipulation for Dismissal of KMV Properties, LLC
and Order Thereon                       - 1 -          Feezor v. Staples, Inc., et al.
                                                       Case No. 2:11-cv-01930-MCE-KJN

TO THE COURT AND TO ALL PARTIES:

Plaintiff Lary Feezor and defendant KMV Properties, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to KMV Properties, LLC only**.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **KMV Properties, LLC**.

Dated: September 20, 2012            DISABLED ADVOCACY GROUP, APLC

*/s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: September 20, 2012            JEFFER, MANGELS, BUTLER & MITCHELL LLP

*/s/   Martin Orlick*
MARTIN H. ORLICK
Attorney for Defendant KMV Properties, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of Plaintiff, Case No. 2:11-cv-01930-MCE-KJN, is hereby dismissed with prejudice as to defendant KMV Properties, LLC.

Dated: September 28, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE