1  LYNN HUBBARD III, SBN 69773
   DISABLED ADVOCACY GROUP, APLC
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
4
   Attorneys for Plaintiff
5
   TODD C. HUNT, SBN 174449
6  SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
7  Los Angeles, CA 90067-3021
   Telephone: (310) 277-7200
8  Facsimile: (310) 201-5219

9  Attorneys for Defendant
   STAPLES THE OFFICE
10 SUPERSTORE, LLC

11
                UNITED STATES DISTRICT COURT
12
                EASTERN DISTRICT OF CALIFORNIA
13

14 LARY FEEZOR,                         Case No. 2:11-cv-01930-MCE-KJN

15      Plaintiff,
                                        JOINT STIPULATION FOR
16 v.                                   DISMISSAL and
                                        ORDER THEREON
17 STAPLES, INC. dba STAPLES #0442;
   KMV PROPERTIES, LLC,
18
19      Defendants.
                                    /
20

21

22

23

24

25

26

27

28

Joint Stipulation for Dismissal                       *Feezor v. Staples, Inc. et al.*
                                    - 1 -            Case No. 2:11-cv-01930-MCE-KJN

1  TO THE COURT AND TO ALL PARTIES:

2  Through this Joint Stipulation, plaintiff, LARY FEEZOR, and defendant, STAPLES,
3  INC. dba STAPLES #0442 (who answered plaintiff's complaint as Staples The Office
4  Superstore, LLC), stipulate to and jointly request that this Court enter a dismissal with
5  prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed.
6  R. Civ. P. 41(a)(2).

8  Dated: July 9, 2013                    DISABLED ADVOCACY GROUP, APLC

10                                          */s/   Lynn Hubbard*
                                            LYNN HUBBARD III
11                                          Attorney for Plaintiff LARY FEEZOR

14  Dated: July 9, 2013                    SEYFARTH SHAW LLP

16                                          */s/   Todd C. Hunt*
                                            TODD C. HUNT
17                                          Attorney for Defendant STAPLES THE
                                            OFFICE SUPERSTORE, LLC

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:11-cv-01930-MCE-KJN, is hereby DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to close this case.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT