LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

TODD C. HUNT, SBN 174449
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
STAPLES THE OFFICE
SUPERSTORE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:11-cv-01930-MCE-KJN |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |
| STAPLES, INC. dba STAPLES #0442; KMV PROPERTIES, LLC, | |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES:

2  Through this Joint Stipulation, plaintiff, LARY FEEZOR, and defendant, STAPLES,
3  INC. dba STAPLES #0442 (who answered plaintiff's complaint as Staples The Office
4  Superstore, LLC), stipulate to and jointly request that this Court enter a dismissal with
5  prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed.
6  R. Civ. P. 41(a)(2).

7

8  Dated: July 9, 2013                     DISABLED ADVOCACY GROUP, APLC

9

10                                          */s/  Lynn Hubbard*
                                            LYNN HUBBARD III
11                                          Attorney for Plaintiff LARY FEEZOR

12

13
14  Dated: July 9, 2013                     SEYFARTH SHAW LLP

15

16                                          */s/  Todd C. Hunt*
                                            TODD C. HUNT
17                                          Attorney for Defendant STAPLES THE
                                            OFFICE SUPERSTORE, LLC

18

1
## **ORDER**

2   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the
3 complaint of plaintiff, Case No. 2:11-cv-01930-MCE-KJN, is hereby DISMISSED
4 with prejudice in its entirety.  The Clerk of the Court is directed to close this case.
5 Date: July 23, 2013

6
7
8   _____
9   MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28